1                                        The Honorable James L. Robart

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
   BRENDAN DUNN, JACOB ERWIN, and        NO. C08-0978 JLR
9  RYAN TOMPKINS,

                                         STIPULATION AND AGREED
            Plaintiffs,                   ORDER OF DISMISSAL
10          v.

11 MATTHEW HYRA, et al.,

12          Defendants.

13
        The parties hereto, through their undersigned attorneys of record, do hereby
14
   agree and stipulate that this matter has been resolved and that the plaintiffs' complaint
15
   herein can be and should be dismissed with prejudice and without costs,
16
        NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED
17
   that pursuant to the above stipulation of counsel that this case has been resolved and
18
   should be dismissed now hereby plaintiffs' complaint is dismissed with prejudice and
19
   without costs.
20
        DATED this ___ day of December, 2009.
21

22

23                              Honorable James L. Robart

   STIPULATION AND AGREED ORDER OF DISMISSAL - 1    STAFFORD FREY COOPER
   C08-0978 JLR                                     PROFESSIONAL CORPORATION
   3019-029774  468915                              601 Union Street, Suite 3100
                                                    Seattle WA 98101.1374
                                                    TEL 206.623.9900 FAX 206.624.6885

1    **Stipulated to and Presented by:**

2    STAFFORD FREY COOPER

3

4    By: _____
         Stephen P. Larson, WSBA #4959
         Heather L. Carr, WSBA #29780

5    Attorneys for Defendants

6

7    **Copy Received, Notice of Presentation Waived,
Stipulated to and Approved for Entry:**

8    LAW OFFICES OF LAWRENCE HILDES

9

10    By: _____
         Lawrence Hildes, WSBA #35035

11    Attorney for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND AGREED ORDER OF DISMISSAL - 2

C08-0978 JLR
3019-029774 468915

**STAFFORD FREY COOPER**

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1 | Certificate of Service

2 |

3 | I certify that on the date noted below I electronically filed this document entitled STIPULATION AND AGREED ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following person:

4 |

5 | Lawrence A. Hildes
lhildes@earthlink.net

6 | Law Offices of Lawrence A. Hildes
PO Box 5405

7 | Bellingham, WA 98227
   *Attorneys for Plaintiffs Dunn, Erwin and Tompkins*

8 |

9 | and I certify that I have caused to be served in the manner noted below a copy of the above-listed document to the following non CM/ECF participants:

10 | N/A

11 | DATED this 16th day of December, 2009, at Seattle, Washington.

12 |

13 | /s/ Stephen P. Larson via ECF

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

STIPULATION AND AGREED ORDER OF DISMISSAL - 3

C08-0978 JLR
3019-029774 468915

**STAFFORD FREY COOPER**

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885